IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:18-cr-50 |
| JERMAINE TYRONE FULLER, | |
| Defendant. | |

**DETENTION ORDER**

The Court held an Initial Appearance and Arraignment in this case on November 29, 2018. At that hearing, all parties agreed that because Defendant is being held without bond on charges pending in another court, he would remain in custody on those charges until resolution of those charges even if this Court were to find that he qualifies for pre-trial release in the instant case. Thus, the issue of pre-trial release is moot, as defense counsel recognized at the Initial Appearance and Arraignment. In the event of a change in circumstances such that Defendant wants to invoke his right to a detention hearing under 18 U.S.C. § 3142, defense counsel must notify the Court by filing an application for bond.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in

charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 3rd day of December, 2018.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA