**CRIMINAL MINUTES**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| **CASE NO.** | 2:18-cr-50 | **DATE:** | 3/19/2019 | **TIME** | 10:14-10:40 |
|---|---|---|---|---|---|

**USA v.** Jermaine Tyrone Fuller        **TAPE NO.** FTR-BWK-CR3

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**        **INTERPRETER:**

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Marvin Paul Hicks, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Marcela Mateo |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | Jay Ciambrone    X   Marty Fitzjurls        Jason Parnell |
| | **INITIAL APPEARANCE**             **ARRAIGNMENT**         X   **DETENTION / BOND** | |

Here on Defendant's Motion for Bond Hearing, Doc. 455.
Government's position is that Defendant should remain in custody.
USPO recommends that Defendant be detained.
Defense concurs that this is a presumption case.
Defense argument 10:16-10:20. Government argument 10:21-10:27.
Defense rebuttal 10:27-10:32.
10:32- Court finds that defendant has not met its burden of presumption. Detention pending trial is warranted. Defendant remanded to custody of USMS. Written order to follow.