# In the United States District Court for the Southern District of Georgia Brunswick Division

JERMAINE TYRONE FULLER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CV 2:21-037
CR 2:18-050-6

## ORDER

Before the Court are Petitioner's Motion for Leave to File Out of Time Notice of Appeal, dkt. no. 12, and Motion for Leave to Appeal *In Forma Pauperis* ("IFP"), dkt. no. 14.

## BACKGROUND

Adopting the Magistrate Judge's Report and Recommendation, dkt. no. 7, the Court denied Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 on December 15, 2022, dkt. no. 9, and entered judgment thereon on December 19, 2022, dkt. no. 10. Petitioner did not file a notice of appeal within sixty days as required by Federal Rule of Appellate Procedure 4(a)(1)(B). In his Declaration filed contemporaneously with his Motion to File Notice of Appeal Out of Time, Petitioner states he "received the order of denial dated December 15th, 2022 . . . around December 26 [through] 30." Dkt.

No. 11 at 1. But "[s]hortly thereafter, someone flew a drone onto the FCI Williamsburg compound, which triggered a mandatory lock down, and [he] was without means or knowledge of how to institute an appeal." Id.

## DISCUSSION

I. Notice of Appeal

Petitioner now moves the Court to file his Notice of Appeal out of time. Dkt. No. 12. Under Federal Rule of Appellate Procedure 4(a)(5), a "district court may extend the time to file a notice of appeal if . . . that party shows excusable neglect or good cause." Liberally construing Petitioner's pro se filings, see Gomez-Diaz v. United States, 433 F.3d 788, 791 (11th Cir. 2005), Petitioner's facility was on lockdown during the time proscribed for filing a notice of appeal. See Fed. R. App. P. 4(a)(1)(B); 28 U.S.C. § 2107(b). "Such a delay demonstrates good cause or excusable neglect for such an untimely filing of [a] Notice of Appeal." United States v. Brown, No. 05-14006-CR, 2008 WL 11450685, at *2 (S.D. Fla. Sept. 19, 2008); see also Britt v. United States, No. CIV.A. 12-00173-KD, 2013 WL 6499451, at *2 (S.D. Ala. Dec. 6, 2013) (finding prison lockdown served as good cause to be granted an extension for filing a notice of appeal). Accordingly, Petitioner's Motion for Leave to File Out of Time, dkt. no. 12, is **GRANTED.**

II. In Forma Pauperis

However, Petitioner does not succeed on his Motion for Leave to Appeal IFP. Dkt. No. 14. As discussed above, the Court previously adopted the Magistrate Judge's Report and Recommendation, which advised that Petitioner's § 2255 motion be denied and that Petitioner be denied a certificate of appealability and *in forma pauperis* status on appeal. Dkt. Nos. 7, 9. Judgment was entered. Dkt. No. 10. Nevertheless, Petitioner now moves the Court for leave to proceed *in forma pauperis* on appeal. Dkt. No. 14. Because Petitioner makes no legal argument to support his motion, and finding no reason to deviate from its prior ruling, the Court again denies Petitioner leave to appeal *in forma pauperis* and **DENIES** Petitioner's motion. Dkt. No. 14.

## CONCLUSION

Petitioner's Motion for Leave to File Out of Time Notice of Appeal, dkt. no. 12, is **GRANTED**, and his Motion for Leave to Appeal IFP, dkt. no. 14, is **DENIED**. The Clerk is **DIRECTED** to send a copy of this Order to the Eleventh Circuit Court of Appeals.

**SO ORDERED**, this 29 day of March, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA